```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                JAN 1 4 2011

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )    Case No.: CR01-1157 AHM
                Plaintiff,          )
                                    )
        vs.                         )    ORDER OF DETENTION AFTER HEARING
                                    )     [Fed.R.Crim.P. 32.1(a)(6);
                                    )      18 U.S.C. 3143(a)]
                                    )
Mora-Matias     Defendant.          )
                                    )

    The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
_____CD/CA_____ for alleged violation(s) of the terms and
conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by
         clear and convincing evidence that he/she is not likely to flee
         if released under 18 U.S.C. § 3142(b) or (c). This finding is
         based on _Prior (see Bottom Page) Minnesota)_

1 _____

2 _____

3 _____

4     and/or

5 B.   (  )   The defendant has not met his/her burden of establishing by

6     clear and convincing evidence that he/she is not likely to pose

7     a danger to the safety of any other person or the community if

8     released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9     on:_____

10    _____

11    _____

12    _____

13

14        IT THEREFORE IS ORDERED that the defendant be detained pending

15    the further revocation proceedings.

16

17    Dated:  1/14/11

18

19                                    _____

20                                    UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28